**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SOMBOON WEITZEL, | § | |
| Plaintiff, | § | |
| v. | § | No. 1:19-CV-72-ML |
| | § | |
| HOME DEPOT U.S.A. INC., | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

The Magistrate Court issues this Final Judgment pursuant to 28 U.S.C. § 636(c). The parties consented to this court's jurisdiction, and the case was assigned to this court's docket for all purposes on December 13, 2019 (Dkt. #24). On October 2, 2020, the parties filed a joint stipulation whereby they assert that "Plaintiff and Home Depot U.S.A. Inc. stipulate to the dismissal of Plaintiff's claims made in this cause against Home Depot U.S.A. Inc. with prejudice." Dkt. #53. Accordingly, the court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action brought by all parties in this action are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and fees.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** October 6, 2020.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE